IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT SIMMONS,

    Petitioner,

v.                                     CASE NO. 4:06-cv-00245-MP-WCS

JAMES McDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 19, Motion for Reconsideration, filed by Petitioner Simmons. In his motion, Petitioner seeks reconsideration of the order adopting the Magistrate's Report and dismissing Petitioner's habeas petition as untimely. Nearly a year after the Court entered its order dismissing the petition, Petitioner now argues that he mistakenly relied on a fellow prisoner for legal advice, which resulted in him not timely filing his federal habeas petition. The Court finds that this is not a sufficient ground to reconsider the prior order, and therefore the motion for reconsideration is denied.

    **DONE AND ORDERED** this   *24th* day of April, 2008

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge